UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN A. THIBODEAU,<br>　　　　Plaintiff,<br>　　v.<br>KILOLO KIJAKAZI,<br>　　　　Defendant. | Case No. 21-cv-06759-JCS<br><br>**ORDER TO SHOW CAUSE** |

On January 14, 2022, the Court extended the deadline for Mr. Thibodeau to file a summary judgment motion to March 15, 2022 and set a status conference for April 15, 2022 at 2:00 p.m. via Zoom. Dkt. no. 21. The Court ordered all parties to appear at the status conference and encouraged Mr. Thibodeau, who is not represented by counsel, to consult with the Federal Pro Bono Project's Legal Help Center ("Legal Help Center") for assistance in filing his summary judgment motion. Mr. Thibodeau did not appear at the April 15, 2022 status conference and has not filed a motion for summary judgment. Accordingly, Mr. Thibodeau is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to follow the Court's Orders. A hearing on this Order to Show Cause will be conducted via Zoom (id. 161 926 0804, password 050855) on **June 17, 2022 at 2:00 p.m.** All parties are ordered to appear. If Mr. Thibodeau chooses to appear with an individual to assist him, that individual may appear at the hearing regardless of whether or not he or she is an attorney.

Although not required, the Court strongly recommends that Mr. Thibodeau seek assistance from the Legal Help Center in responding to this Order if he wishes to proceed with this case. He can make aranges for a remote appointment with the Legal Help Center by calling (415) 782-8982 or emailing fedpro@sfbar.org. Although lawyers at the Legal Help Center can provide only basic assistance to parties representing themselves, the Court has instructed the Legal Help Center that if Mr. Thibodeau arranges for an appointment prior to the date of the hearing on this Order to

Show Cause, it should conduct an assessment pursuant to General Order 25 to determine whether Mr. Thibodeau is eligible for appointment of pro bono counsel to represent him in this case.

**IT IS SO ORDERED.**

Dated: April 18, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge