UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN A. THIBODEAU,<br>        Plaintiff.<br>v.<br>KILOLO KIJAKAZI,<br>        Defendant. | Case No. 21-cv-06759-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on January 20, 2023, at 2:00 PM before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **March 3, 2023, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), and then and there to show cause why this action should not be dismissed without prejudice for Plaintiff's failure to appear at the case management conference on January 20, 2023, for failure to prosecute, and for failure to comply with the Court's Order of October 31, 2022. [ECF 33]. A further case management conference is also scheduled for **March 3, 2023**, **at 2:00 p.m.** If Mr. Thibodeau choses to appear with an individual to assist him, that individual may appear at the hearing regardless of whether or not he or she is an attorney.

IT IS SO ORDERED.

Dated: January 23, 2023

JOSEPH C. SPERO
United States Chief Magistrate Judge