UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN A. THIBODEAU,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

Case No. 21-cv-06759-JCS

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Plaintiff initiated this action appealing Defendant's denial of his application for disability benefits on August 31, 2021. When he failed to file a summary judgment motion by the deadline set under the Social Security Procedural Order, dkt. no. 5, the Court set a status conference for January 14, 2022. Plaintiff did not appear and the Court issued an Order to Show Cause ("OSC") why the case should not be dismissed with a hearing set for June 17, 2022. Plaintiff did not appear at that hearing. The Court set another hearing on August 19, 2022. Because Plaintiff appeared at that hearing, the Court expunged the OSC and referred Plaintiff to the Court's Volunteer Legal Help Center for possible appointment of pro bono counsel. Since that time, however, Plaintiff has not appeared at a further Case Management Conference on January 20, 2023 or the show cause hearing set – in connection with a second Order to Show Cause – for March 3, 2023. Nor has he responded to multiple attempts by Defendant's counsel to get in touch with him. Therefore, the Court dismisses this action without prejudice due to Plaintiff's failure to appear at the January 20, 2023 Case Management Conference and the March 3, 2023 show cause hearing, failure to prosecute, and for failure to comply with the Court's Orders of October 31, 2022 (dkt. no. 33) and January 23, 2023 (dkt. no. 36).

**IT IS SO ORDERED.**

Dated: March 6, 2023

JOSEPH C. SPERO
Chief Magistrate Judge